UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| CHAKHA DANNY JAMES,<br>Petitioner | CIVIL DOCKET NO. 1:20-CV-065-P |
| VERSUS | JUDGE DRELL |
| JAMES LEBLANC, *ET AL.*,<br>Respondent | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein (ECF No. 5), noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that the Petition for Writ of Habeas Corpus under 28 U.S.C. § 2254 (ECF No. 1) is hereby DENIED and DISMISSED with prejudice.

THUS DONE AND SIGNED at Alexandria, Louisiana, this 21st day of April, 2020.

_____
DEE. D. DRELL
UNITED STATES DISTRICT JUDGE